# United States Court of Appeals for the Federal Circuit

---

**UNITED WATER CONSERVATION DISTRICT,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2023-1602

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-00542-CFL, Senior Judge Charles F. Lettow.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

April 2, 2025
Date

Jarrett B. Perlow
Clerk of Court